## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DANIEL MARK MORETTO,

       Plaintiff,

vs.                                     Case No.   3:23-cv-980-MMH-LLL

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice as to Experian Information Solutions, Inc. (Dkt. No. 18; Stipulation) filed on December 19, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear their own attorney's fees, costs, and expenses.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of December, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record